**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL E. DAVIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **U.S. BANK NATIONAL ASSOCIATION** | : | |
| **As Trustee for the Structured Asset** | : | |
| **Investment Loan Trust, 2005-11** | : | **NO. 12-5943** |

## ORDER

**AND NOW**, this 24th of January, 2013, upon consideration of Defendant's Motion

to Dismiss (Document No. 14), the plaintiff's response, and the defendant's reply, it is

**ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.      Count I of the Amended Complaint is **DISMISSED**; and

2.      Count II of the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.


                                                                /s/ Timothy J. Savage
                                                                TIMOTHY J. SAVAGE,  J.